# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-3180

_____

Hunter R. Levi

*Plaintiff - Appellant*

v.

AB INBEV NV of Leuven Belgium, & Its Wholly Owned U.S. Subsidiary
Anheuser Busch Companies, Inc.; Anheuser-Busch Companies, LLC

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: April 3, 2014
Filed: April 10, 2014
[Unpublished]

_____

Before BYE, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Hunter R. Levi appeals following the district court's[1] adverse grant of summary judgment in his action under Section 301 of the Labor Management Relations Act, see 29 U.S.C. § 185, and Section 510 of the Employment Retirement Income Security Act, see 29 U.S.C. § 1140. We agree with the district court that the record evidence revealed no disputed issues of material fact on Levi's claims against Anheuser-Busch Companies, LLC. See Sturge v. Nw. Airlines, Inc., 658 F.3d 832, 839 (8th Cir. 2011) (de novo review). We also find that Levi's claims would have necessarily failed against the other parties he originally named or sought to add later as defendants. Finally, we decline to consider Levi's new arguments and allegations. See Stone v. Harry, 364 F.3d 912, 914-15 (8th Cir. 2004). The judgment of the district court is affirmed. See 8th Cir. R. 47B.

———————————————————————

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.